**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC M. MILLER,<br><br>Defendant. | Case No. 26-MJ-00200-JAM |

**MOTION FOR DETENTION**

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of the defendant, Dominic M. Miller, and states the following in support of the motion:

1. This motion is being made at the defendant's first appearance before a judicial officer. A Criminal Complaint has been filed charging the defendant with being a felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and possession of machine guns, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

2. Being a felon in possession of firearms is a crime of violence under the Bail Reform Act. *See* 18 U.S.C. § 3142(f)(1)(A); *United States v. Shirley*, 189 F. Supp. 2d 966 (W.D. Mo. 2002) (adopting *United States v. Dillard*, 214 F.3d 88 (2d Cir. 2000)); *United States v. Strickland*, No. 12-00048-01-CR-W-HFS, 2012 WL 1980820, at *1 (W.D. Mo. May 7, 2012).

3. This case also involves the possession or use of a firearm as that term is defined in 18 U.S.C. § 921. *See* 18 U.S.C. § 3142(f)(1)(E).

4. Based on the above and the present motion, this Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the

appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

5. Under the Bail Reform Act, a defendant can be detained pending trial if "the government shows by clear and convincing evidence that no release condition or set of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or set of conditions . . . will reasonably assure the defendant's appearance . . . ." *United States v. Kisling*, 334 F.3d 734, 735 (8th Cir. 2003) (quoting *United States v. Orta*, 760 F.2d 887, 891 & n.20 (8th Cir. 1985) (en banc)).

6. In determining whether pretrial detention is appropriate, the Court shall consider information concerning the nature and circumstances of the offense, the weight of the evidence against the defendant, the defendant's history and characteristics, and the danger to any person of the community posed by the defendant's release. 18 U.S.C. § 3142(g).

7. The Government adopts the facts contained within the affidavit accompanying the criminal complaint as the basis for the defendant's detention.

8. The United States submits that there are no conditions which the Court could place on the defendant's release which would reasonably assure the safety of the community by clear and convincing evidence and reasonably assure the defendant's appearance by a preponderance of the evidence.

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

Respectfully submitted,

R. Matthew Price
United States Attorney

By /s/ Robert M. Smith

Robert M. Smith
Assistant United States Attorney
VICDTR - HSTF
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 4, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri prior to the defendant's first appearance before a judicial officer.

/s/ Robert M. Smith
Robert M. Smith
Assistant United States Attorney