**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC M. MILLER,<br><br>Defendant. | Case No. 26-MJ-00200-JAM |

**MOTION OF THE UNITED STATES FOR**
**CONTINUANCE OF A DETENTION HEARING**

Comes now the United States of America, by the undersigned Assistant United States Attorney, for the Western District of Missouri, and hereby moves the Court for an order granting a continuance of the detention hearing as provided by Title 18, United States Code, Section 3142(f).

**SUPPORTING SUGGESTIONS**

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of any other person and the community when, as provided by Section 3142(f), the attorney for the government moves for a detention hearing or upon the appropriate judicial officer's own motion.

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person or the attorney for the government seeks a continuance. Except for good cause, a continuance on motion of the person may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days. During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendant, to evaluate said information, and to prepare for the hearing.

Respectfully submitted,

R. Matthew Price
United States Attorney

By /s/ Robert M. Smith

Robert M. Smith
Assistant United States Attorney
VICDTR - HSTF
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on September 4, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri prior to the defendant's first appearance before a judicial officer.

/s/ Robert M. Smith
Robert M. Smith
Assistant United States Attorney