IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-mj-00200-JAM |
| | ) | |
| DOMINIC M. MILLER, | ) | |
| | ) | |
| Defendant(s). | ) | |

NOTICE PURSUANT TO THE
DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant(s) all exculpatory evidence – that is, evidence that favors the defendant(s) or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATE: September 8, 2026

/s/ W. Brian Gaddy
W. Brian Gaddy
UNITED STATES MAGISTRATE JUDGE